Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

Filed
RECEIVED

for the

## Middle District of Florida

2022 AUG 31  AM 11: 37

____Civil____ Division

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

|  |  |  |
|---|---|---|
| Michael Davis | ) | Case No. _____ |
|  | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) |  |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |  |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |  |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| **-v-** | ) |  |
| Kevin Taweel, Roger (Tony) Detter, Cindy (Christy) | ) |  |
| Langenfeld,  and Asurion Insurance company LLC et | ) |  |
| al ;. | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued.  If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* | ) |  |
| *write "see attached" in the space and attach an additional page* | ) |  |
| *with the full list of names.)* | ) |  |

# COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Davis |
| Street Address | PO box 608871 |
| City and County | Orlando  Orange |
| State and Zip Code | Florida  32860 |
| Telephone Number | 4802090157 |
| E-mail Address | koappliance22@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Cynthia (Chisty) Langenfeld |
| Job or Title *(if known)* | President |
| Street Address | 11748 Bella Donna Court |
| City and County | Palm Beach Gardens |
| State and Zip Code | Florida 33418 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Roger (Tony) Detter |
| Job or Title *(if known)* | Chief Executive Officer |
| Street Address | 11921 Hilltop Drive |
| City and County | Los Altos |
| State and Zip Code | California 94024 |
| Telephone Number | 408 857 7746 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Kevin Taweel |
| Job or Title *(if known)* | Chairman |
| Street Address | 1925 Carla Ridge |
| City and County | Beverly Hills |
| State and Zip Code | California 90210 |
| Telephone Number | 415 516 1943 or 650 703 9261 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Asurion Insurance Company LLC |
| Job or Title *(if known)* | Asurion LLC |
| Street Address | 140 11th Avenue North |
| City and County | Nashville, Davidson |
| State and Zip Code | Tennessee 37203 |
| Telephone Number | 1 (888) 881- 2622 |
| E-mail Address *(if known)* | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Age Discrimination in Employment act,  Equal Pay Act, Fair Labor Standards Act, Civil Rights Act of 1866 (section 1981), Title VII of the Civil Rights Act of 1964, Worker Adjustment and Retraining Notification Act (WARN)

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Octavius Davis , is a citizen of the State of *(name)* Florida .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)* ,

and has its principal place of business in the State of *(name)* .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* Cynthia (Chisty) Langenfeld , is a citizen of the State of *(name)* Florida . Or is a citizen of *(foreign nation)* .

**Section II. Continuation subsection A.  attachment**

Individual defendant,  Roger Detter is a citizen of the state of **California**

Individual defendant, Kevin Taweel is a citizen of the state of **California**

       b.      If the defendant is a corporation

           The defendant, *(name)* Asurion LLC _____ , is incorporated under

           the laws of the State of *(name)* Tennessee _____ , and has its

           principal place of business in the State of *(name)* Tennessee _____ .

           Or is incorporated under the laws of *(foreign nation)* _____ ,

           and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount exceeds $75,000 because the plaintiff income from the employer exceeds $75,000 plus back pay as well as damages for pain and suffering moreover punitive damages..$100,000 for each count...

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

please see attached.....

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff will be seeking relief for annual back pay, money owed, compensatory damages on behalf of hundreds of wrongfully laid off and terminated workers as well as punitive damages for willful negligence in systematically violating federal labor laws and workers civil liberties. please see attached...

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     8/31/22

Signature of Plaintiff     *Michael Davis*

Printed Name of Plaintiff     Michael Davis

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

Michael Davis
P.O. Box 608871
Orlando Florida 32860
480 209 0157
koappliance22@gmail.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL DAVIS, | Case No.: 0000000000 |
| Plaintiff, | |
| vs. | 28 U.S.C. 1331 FEDERAL QUESTION COMPLAINT IN A CIVIL ACTION JURY TRIAL DEMANDED |
| ASURION LLC, ET AL.; | |
| Defendant | ATTACHMENT |

Approximately on March 15, 2021 I Michael Davis was hired by Asurion LLC as a Senior Appliance Repair technician. My duties were to clean up behind inexperience techs that Asurion Negligently hired for the position. Offer, not sell, the Appliance plus program, drive to different job sites 80% of the time as well as perform the most difficult appliance repair task while dealing with Asurion's most difficult customers… In light of this, Asurion would willfully violate several employee civil rights as well as violate labor laws which I (Davis) reported to HR and call management to the carpet on… Nevertheless, Asurion and its' members of leadership would create a hostile work environment for the plaintiff which in result lead to my being wrongfully terminated. Like I expressed

to the (EEOC) (see Exhibit 1), I am a Black individual over 40 years of age I was discriminated against because of my race and age throughout my tenure with the company. Also, black employees and other minorities were held to a higher standard than white employees. When I complained about the discriminatory treatment to management, Asurion retaliated against me and wrongfully terminated my employment. Based on this discrimination and deferential treatment, blacks and other minority appliance techs were held to unrealistic performance standards than our immediate management as well as other white counterparts in the field. The plaintiff and other black and minorities were harassed constantly and then fired if we didn't meet unrealistic performance goals. On the other hand, whites and / or management didn't meet expectations they were simply reassigned to a different position within the company more suitable for THEM to keep their jobs. Meanwhile, the only option for blacks and minorities is "last hired, first fired" We as black employees are not given any common courtesy like OTHERS get. This attitude need to stop in the workplace ran by whites therefore the plaintiff moves for swift and immediate civil action....

Statement of claim:

## Count 1

### Violation of the Fair Labor and Standards Act section 207

Since Asurion is a very huge company with gross sales over $500,000 that intimidates and abuses all their employees (none management), Asurion and members of leadership decided to illegally manipulate employees and plaintiff's time sheets electronically to avoid paying overtime as well as the "4 hour minimum shift regulation". When asked immediate management (coach) who invoked this illegal company action among field service techs plaintiff was told from the very top. These persons in agreement with these actions would be the defendants in question Cynthia Langenfeld, Kevin Taweel, Roger Detter, all who found, own, and run Asurion LLC violated such protocols. During my employment, hourly wage workers were require to attend morning meeting called "huddles" at the Orlando FSL. Plaintiffs and other "hourly" employees were paid for these 30 minute max meetings however once the meeting were over, plaintiff and employees were told to clock out immediately until further notice. If there were no further assignments those days, plaintiff and all other techs would only be paid for 30 minutes. This a violation of the Florida Hourly and wage laws governed by the (FLSA ) known as The "4 Hour Minimum Shift Rule" . On these approximate dates the plaintiff should have been paid $32 an hour for 4 hours Minimum 7/6/21,7/9/21, 7/13/21, 7/16/21, 7/19/21, 7/22/21, 7/27/21, 7/30/21, 8/3/21, 8/6/21, 8/11/21, 8/16/21, 8/17/21, 8/20/21, 8/23/21, 8/25/21, 8/27/21, 8/31/21, 9/7/21,

9/9/21, 9/14/21, 9/17/21, 9/22/21, 9/27/21, 9/28/21, 9/29/21, 9/30/21, 10/18/21, 10/19/21, 10/21/21, 10/22/21, 10/27/21, 11/4/21, 11/12/21, 11/17/21, 11/22/21, 12/8/21, 12/13/21, 12/17/21, 12/22/21. The plaintiff is owed all these approximate days x 4 x $32. Secondly, Members of leadership defendants Langenfeld, Orem, Taweel, Detter, and Asurion LLC decided to suspend paying hourly workers overtime despite the fact that plaintiff (Davis) and other techs technically worked more than 40 hours in week. In the beginning, all techs in the field were loaned the company asset of a work van in order to drive from home to the FSL, and all other customer job sites then back home where we techs and plaintiff would clock out for the day. Because of Asurion's and Members of leadership bad business practices and company budget mismanagement, defendants just refuse to pay "overtime" that's a violation in accordance to the (FLSA). In the beginning, every tech including the plaintiff was slated for a 40 hour work week. Any hours for any reason over 40 hours is (OT) specifically in this complaint, plaintiff is speaking of driving the company asset (cargo van). Driven is a primary 80% function of the job if techs could not drive we could not work. From Home to downtown Orlando (FSL) travel took plaintiff 1 hour since plaintiff covered the northern Melbourne Florida area it would take approximately 2 hours for plaintiff to drive company asset home which was paid from the **beginning**. Asurion cannot just change the

rules because it's financially convenient. On these approximate dates plaintiff wasn't paid 3 hours "overtime" 7/1/21, 7/2/21, 7/5/21, 7/6/21, 7/7/21, 7/8/21, 7/9/21, 7/12/21, 7/13/21, 7/14/21, 7/15/21, 7/16/21, 7/19/21, 7/20/21, 7/21/21, 7/22/21, 7/23/21, 7/26/21, 7/27/21, 7/28/21, 7/29/21, 7/30/21, 8/2/21, 8/3/21, 8/6/21, 8/9/21, 8/10/21, 8/11/21, 8/12/21, 8/13/21, 8/16/21, 8/17/21, 8/18/21, 8/19/21, 8/20/21, 8/23/21, 8/24/21, 8/25/21, 8/26/21, 8/27/21, 8/30/21, 8/31/21, 9/1/21, 9/2/21, 9/3/21, 9/6/21, 9/7/21, 9/8/21, 9/9/21, 9/10/21, 9/13/21, 9/14/21, 9/15/21, 9/16/21, 9/17/21, 9/20/21, 9/21/21, 9/22/21, 9/23/21, 9/24/21, 9/27/21, 9/28/21, 9/29/21, 9/30/21, 10/1/21, 10/4/21, 10/5/21, 10/6/21, 10/7/21, 10/8/21, 10/18/21, 10/19/21, 10/20/21, 10/21/21, 10/22/21, 10/25/21, 10/26/21, 10/27/21, 10/28/21, 10/29/21, 11/1/21, 11/2/21, 11/3/21, 11/4/21, 11/5/21, 11/8/21, 11/9/21, 11/10/21, 11/11/21, 11/12/21, 11/15/21, 11/16/21, 11/17/21, 11/18/21, 11/19/21, 11/22/21, 11/23/21, 11/24/21, 11/25/21, 11/26/21, 11/29/21, 11/30/21, 12/1/21, 12/2/21, 12/3/21, 12/6/21, 12/7/21, 12/8/21, 12/9/21, 12/10/21, 12/13/21, 12/14/21, 12/15/21, 12/16/21, 12/17/21, 12/20/21, 12/21/21, 12/22/21, 12/23/21, 12/24/21, 12/27/21, 12/28/21, 12/29/21. This is wrong; plaintiff called HR in reference to these issues and I (Davis) was told "boy you keep your mouth closed or you'll be on the unemployment line if you don't like how we operate quit or shut up" then HR hung up the phone.

**Relief:**

I plaintiff demands back pay for the <u>4 hour minimum shift rule</u> = 4 hours x $32 x 40 days =$5,120.

In addition, plaintiff demands back pay for unpaid overtime at time and a half = $48 x 126 days = $6,048.

Also, plaintiff demands 1 year back pay of yearly wages because plaintiff was wrongfully terminated in the amount of $75,000.

Finally, plaintiff demands punitive damages of $100,000 for pain and suffering.

## Count 2

## Violation of Civil Rights Act of 1866 (section 1981)

## Retaliation Harassment

Since I plaintiff had legitimate complaints causing an internal uproar with other workers on my level at Asurion, leaders of membership defendants Langenfeld, Taweel, Detter, and Asurion LLC assigned immediate management called "coaches" to retaliate and harass me in the workplace causing me to work in

a hostile work environment. When I accepted this job, we agreed to Monday through Friday approximately 8am – 6pm weekends off because Asurion believes in family work life balance however since they (Asurion et al;) were upset with me they tried to reassign my shift for every weekend for the remainder of my employment.. However I warned "coaches" of my verbal employment agreement as well as the fact that this action would classify as retaliation by way of negative job action retaliation. Next, Asurion ordered by members of leadership (defendants) would retaliate against me with disciplinary actions. This would bar me from applying to move to different departments in the company. If plaintiff was able to move to another department, he would not have been exposed to a hostile work environment instead, Asurion chose to continually harass plaintiff (Davis) on the job. The Harassing behavior of senseless negative job action would go on for the remainder of my employment with the goal to force me out. Each technician worked alone; we travel to each job site repairing appliances at residential homes however Asurion coaches harassed plaintiff by following me around in unmarked vehicles and popping up on job sites along with harassing phone calls every day. The plaintiff is well versed in his job function therefore this behavior was highly unnecessary. The plaintiff (Davis) was followed and spied on everyday all throughout his route in the counties of Seminole, Brevard, Orange, Osceola during

the dates of  9/1/21, 9/2/21, 9/3/21, 9/6/21, 9/7/21, 9/8/21, 9/9/21, 9/10/21, 9/13/21,

9/14/21, 9/15/21, 9/16/21, 9/17/21, 9/20/21, 9/21/21, 9/22/21, 9/23/21, 9/24/21,

9/27/21, 9/28/21, 9/29/21, 9/30/21, 10/1/21, 10/4/21, 10/5/21, 10/6/21, 10/7/21,

10/8/21, 10/18/21, 10/19/21, 10/20/21, 10/21/21, 10/22/21, 10/25/21, 10/26/21,

10/27/21, 10/28/21, 10/29/21, 11/1/21, 11/2/21, 11/3/21, 11/4/21, 11/5/21, 11/8/21,

11/9/21, 11/10/21, 11/11/21, 11/12/21, 11/15/21, 11/16/21, 11/17/21, 11/18/21,

11/19/21, 11/22/21, 11/23/21, 11/24/21, 11/25/21, 11/26/21, 11/29/21, 11/30/21,

12/1/21, 12/2/21, 12/3/21, 12/6/21, 12/7/21, 12/8/21, 12/9/21, 12/10/21, 12/13/21,

12/14/21, 12/15/21, 12/16/21, 12/17/21, 12/20/21, 12/21/21, 12/22/21, 12/23/21,

12/24/21, 12/27/21, 12/28/21, 12/29/21, morning and afternoon of my shift but that

wouldn't make me quit because I knew their end goal.. Finally, Asurion would just

arbitrarily disperse disciplinary write ups until they would wrongfully terminate

plaintiff out of illegal employment retaliation. I reported this to HR they said "I

told you so" and hung up the phone.

**Relief :**

    I Plaintiff demands 1 year back pay for Retaliation and Harassment =

$75,000

    In addition, plaintiff demands $100,000 for pain and suffering

# Count 3

## Violation of Age Discrimination in Employment Act

## Whistle Blower

By this time, how the plaintiff (Davis) was being treated by Asurion, and defendants Langenfeld, Taweel, Detter, most technician coworkers out of the Orlando "FSL" (forward stocking location) didn't approve of this hostile employee treatment. So others who witnessed this willfully negligent treatment decided to speak up. These personnel who spoke out were mostly over the age of 40, "lo and behold" Asurion would just start releasing these employees over age 40 including plaintiff making an example out of us to the younger employees. Asurion is a covered employer by ADEA because this organization has 20 plus employees on each working day during each of 20 or more calendar weeks in a current or previous calendar year. In addition, as the older workers including plaintiff were release, nothing but techs under the age of 40 were being hired because younger employees do not know their rights, and younger workers are easier to manipulate. The plaintiff (Davis) was 42 of age at the time of termination. Base on the employers retaliation because plaintiff was constantly complaining to (HR) about a hostile work environment and Age discrimination. Plaintiff is due for relief.

**Relief:**

I Plaintiff demands 1 year back pay for Retaliation and Age Discrimination of $75,000

In addition, plaintiff demands $100,000 for pain and suffering

## Count 4

### Violation of Equal Pay Act 42 U.S.C. 200e et seq.,

### Whistle Blower

In order for females to work for Asurion, members of leadership Defendants Langenfeld, Taweel, and Detter would only employ them as helpers in the field with appliance repair technicians with less pay than their male counter parts however females would have the same job responsibilities as a male Appliance Repair tech in the field. Moreover, female helpers were not treated equally because they had to use their own transportation to each job site along with the responsibility of vehicle maintenance. If the female employee's vehicle broke down do to wear a tear, females could not work in result they would not be paid for

the amount of days missed for lack of transportation.  On the other hand, male technicians were equipped with company asset Cargo vans and company gas cards with vehicle maintenance covered by the company. This is what plaintiff witnessed at the time he was employed at Asurion. The Plaintiff (Davis) will discover that defendant's in this case violated title VII in this way. This employer "Asurion" paid and pays different wages to employees of the opposite sex for equal work on jobs requiring equal skill, effort and responsibility, and which are performed under similar working conditions.  Unfortunately, when the plaintiff complained to HR about this, Asurion swiftly began to just eliminate these positions leaving these victims unemployed altogether.  On these victims behalf plaintiff request relief in relationship to statute 1620.27 Equal Pay Act of title VII of the Civil Rights Act.

**Relief:**

Plaintiff demands 1 year back pay for every victim terminated for violation of (EPA) whatever their yearly salary would have been to be gleaned with discovery.

Plaintiff demands $ 3 million on behalf of every victim to be divided evenly for pain and suffering for violation of Title VII.

Plaintiff demands $100,000 for punitive damages for Violation of Title VII and HR improperly handling the complaint for failing to fix the issue instead of just wrongfully terminating all the victims.

### Count 5

### Violation of the Warn Act 29 U.S.C Chapter 23

### Whistle Blower

The Worker Adjustment and Retraining Notification Act Requires Larger employers to give advance notice of a mass layoff that will result in employment loss for a certain number of employees. Asurion and defendants Langenfeld, Taweel, and Detter who employ well over 4,000 employees at the Tennessee head quarter didn't comply with (Warn). Asurion is a large employer because this organization employs thousands of employees nationwide as well as internationally, and this organization is approximately worth 6.6 billion dollars. The Warn Act covers private employers who employ at least 100 personnel included full-time and part-time workers. From A Whistle Blower's standpoint, Asurion and defendants have closed  several of their UBIF stores throughout central Florida without notice or last minute notice noncompliant with(Warn). Also, Asurion  abruptly closed

down their whole entire (Soluto) department employing over 150 worker only warning a few to temporarily remain working which is discrimination based on picking a choosing who will be warned and whom won't be warned like the petitioner (Davis) was not.. All of these victims combined easily worked over 4,000 hours per week, not including overtime. From a whistle blower's standpoint, worker who were on "Medical leave" because of the corona virus 19, several employees were wrongfully let go before they were given ample time to produce a negative covid test and resume employment. Under Warn Act these actions would be considered a mass layoff. The petitioner as well as hundreds of other workers was not given the minimum 60 day notice required by the Warn Act... Because Asurion LLC is extremely **TOP HEAVY** members of leadership along with defendants in this case invoked irresponsible business practices in a nefarious and discriminating selfish way…recap once again, Asurion employs at least 100 employees, at least 50 employees lost their jobs plus plaintiff, and no one was given a written notice of 60 days from Asurion….

**Relief:**

Plaintiff demands 60 days of lost wages which = 60x32=$1,920 x all the employees who were not given notice at the time. Which is at least 100 employees the plaintiff knows of = $192,000 of wages lost not including additional victims.

Plaintiff demands lost Medical benefits up to 5 years as well as on the behalf of all other victims of this egregious noncompliance = $5 million

Lastly, plaintiff demand punitive damages of $10 million to be divided among the plaintiff and all victims to be discovered…

### Count 6

### Violation of Title VII Civil Rights Act of 1964

As expressed throughout this complaint Asurion's members of leadership founder Roger Detter, chairman Kevin Taweel, and the president Cynthia Christy Langenfeld ordered and allowed coaches, upper management, and HR to create a hostile work environment for the plaintiff violating his civil rights in the process. The Civil Rights Act prohibits employment discrimination based on race, color, religion, sex, and national origin. Asurion is covered and must abide by Title VII because this organization is a private employer with 15 or more employees based and incorporated in the United States moreover Plaintiff (Davis) is a natural born citizen of the United States. While Members of leadership, defendants in this case ordered and allowed coaches and upper management to harass Plaintiff; Michael Davis' Civil Rights and Civil Liberty would be infringed and violated. During

approximately the months of July –November 2021 in Orlando, the plaintiff was harassed over his Christian belief because he outwardly wore The Cross in remembrance of GOD loving sacrifice for all of mankind. Upper management and coaches ordered by defendants instructed plaintiff to take off the religious symbol because it was not part of the uniform for work. The plaintiff refused to comply because "Davis" was peacefully exercising his 1st Amendment right "Freedom of Religion" then Asurion retaliated against plaintiff with negative disciplinary verbal coaching and write ups which would suspend the ability for plaintiff to receive monthly incentive bonuses like everyone else. Davis reported this retaliation to Human Resources they said this behavior by the plaintiff according to Asurion's standards is insubordination then they hung up the phone.

Secondly, Asurion with defendants Roger Detter, Kevin Taweel, Cynthia Christy Langenfeld allowed plaintiff's immediate superiors to violate his civil liberty of peace expression. Asurion appliance repair department primarily worked only on Samsung appliance equipment. During the time plaintiff worked for this racist organization, Samsung required that each individual be directly certified by Samsung in order to receive this manufacturer's work. This certification belongs to the plaintiff not Asurion therefore Davis has the liberty to brand Samsung on his uniform because he was a Samsung branded engineer. However, management only

wanted Asurion to be branded on the uniform, but Davis outwardly branded both because one he was employed by Asurion in addition plaintiff was directly certified with Samsung so this expression should have been accommodated. Since Asurion wanted to force the plaintiff out, they nitpicked at every little thing possible with ongoing harassment and disciplinary actions. In result, Asurion systematically imposed unlawful workplace employment discrimination policies that negatively affected the plaintiff in this case and disproportionately affected members of a *protected class to be discovered.* The plaintiff (Davis) has set forth in this complaint violations of Civil Rights Act of 1866, Age Discrimination, Equal Pay Act, Warn Act; all are harassing, retaliatory, and disparate forms and tools of hostile workplace discrimination. Although these members are not currently listed in the complaint, plaintiff behooves these individuals to take notice, <u>Executive Team:</u> Todd Chretien, Rob DiRocco, Jim Flautt, Vicky Klein, John Leonard, Amy Orem, Gus Puryear, Rodney Schlosser, Tim Stadthaus, John Storey, Barry Vandevier, Louisa Wee, <u>Board of Directors:</u> Sabrina Ellis, Irving Grousbeck, Denise Karkos, James Perry, Peter Wilde, Bret Comolli, Anthony De Nicola, James Fasano, Ross Jones, Jon Mcneill, and Jeff Post all of you including defendants are **TOP HEAVY BLOOD SUCKING VAMPIRES** who gobbles up companies then sucks all the financial resources out of the companies, and you'll

have the audacity to punish the little guys that can't bridge the deficit to avoid harmful layoffs therefore **ASURION SUCKS!!!!**

**RELIEF:**

Plaintiff demands compensatory of 1 year salary =$80,000

Plaintiff demands punitive damages for pain and suffering = $500,000

Plaintiff demands punitive damages for willful disregard of federal law = $1,000,000

The Petitioner Demands punitive damages combining all forms of discrimination in the complaint to be divided among all victims to be discovered in the sum of 3million + 100 thousand+ 100 thousand+ 1 million= 4.2Million


The plaintiff hopes and prays this issue to be settled in the most reasonable way that the parties may agree on…

*It is joy to the just to do judgment: but destruction shall be to the workers of iniquity. PROVERBS 21:15 KJV*

1

2

3

4

5

6

7

8

9

10

11

12 Michael Davis Pro se

13

14 8/31/22

15

16

17

18

19

20

21

22

23

24

25

26

27

28